AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

KINGVISION PAY-PER-VIEW LTD.

V.

Torri Canada and The Mens Bar, Inc.
d/b/a M&M Tavern

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-10261

TO: (Name and address of defendant)

Tori Canada
454 Blue Hill Avenue
Boston, MA 02121

41 Pierce St
Hyde Park, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GARY D. BERKOWITZ, ESQ.
One James Street
Providence, RI 02903

Tel: (401) 751-7671

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

FEB 1_

DATE

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

| | |
|---|---|
| NAME OF SERVER (PRINT) | DATE: April 27, 2005 |
| | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein.~~ Taped to door at 41 Pierce Street, Hyde Park, Ma
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed copy to same address on 4/27/05.

*COPY ALSO MAILED FIRST CLASS TO SAME ADDRESS.*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $58.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 27, 2005 @ 11:00 AM     _George Curran_
              Date                         Signature of Server

Baystate Constable Service, Inc
138 Bedford Street
Burlington, MA  01803
(781) 270-7011   (781) 270-4559 f

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.