AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

KINGVISION PAY-PER-VIEW LTD.

V.

Torri Canada and The Mens Bar, Inc.
d/b/a M&M Tavern

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10261 REK

TO: (Name and address of defendant)

The Mens Bar, Inc.
C/O Tori Canada
454 Blue Hill Avenue
Boston, MA 02121

*send full packet 4-27-05*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GARY D. BERKOWITZ, ESQ.
One James Street
Providence, RI 02903

Tel: (401) 751-7671

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  FEB 10 2005

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

| | |
|---|---|
| NAME OF SERVER (PRINT) George Curran | DATE April 27 2005 |
| | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Left with cleaning crew.
M+M Tavern, 454 Blue Hill Ave, Boston, MA

☐ Returned unexecuted: _____

COPY ALSO MAILED
FIRST CLASS SAME
TO SAME ADDRESS

☐ Other (specify): mailed copy to same address on 4/27/05

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 58.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 27, 2005        George Curran
              Date @ 11:15          Signature of Server

Bay State Constable Service, Inc
  Bedford Street
Arlington, MA 01...
(781) 270-7011  (781) 270-4559 f

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure