UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY- PER-VIEW CORP., LTD. :

v. : Civil Action 05-10261-rek

TORRI CANADA     and :
THE MEN'S BAR, INC. :

REQUEST FOR ENTRY OF DEFAULT

The Plaintiff requests entry of Default against the Defendants, in the above action, as more than twenty days have passed since service was made on April 27, 2005 without the filing of a responsive pleading.

WHEREFORE, Plaintiff requests that this Court enter default against BOTH DEFENDANTS.

KINGVISION PAY- PER-VIEW CORP., LTD.
by its attorney,

_____
Gary D. Berkowitz, Esq. #632536
One James Street
Providence, RI 02903
Tel: 751-7671     Fax: 751-1146

Default, USDC Mass

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF MASS

KINGVISION PAY- PER-VIEW CORP., LTD.:
:
v.                           : Civil Action 05-10261 REK
:
TORRI CANADA and M & M TAVERN, INC :

### DEFAULT JUDGMENT

Defendants M & M Tavern, Inc. and Torri Canada having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of $_____ that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $_____

It is hereby ORDERED, ADJUDGED and DECREED that plaintiff recover from defendants ROMAR, INC. and ROBIN PICARD the principal amount of $_____ with costs in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

By the Court

Dated:_____

_____
Deputy Clerk

NOTE:   The post judgment interest rate effective this date is ____%.