UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 SEP 12 P 4: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

KINGVISION PAY- PER-VIEW CORP., LTD.

v.                                              : Civil Action 05-10261-rek

TORRI CANADA      and
THE MEN'S BAR, INC.

### AFFIDAVIT OF NON-MILITARY SERVICE AND IN SUPPORT OF ATTORNEYS FEES

The undersigned, being duly sworn, deposes and says:

1. I am counsel for the Plaintiff in this action, and I am personally familiar with the facts.

2. The Defendant is not in military service within the meaning of the Soldiers and Sailors Civil Relief Act of 1940.

3. There are no known counterclaims or set- offs available to the defendants in this action.

4. Between time spent to date reviewing the client's file, drafting a complaint, summons, cover sheet, amended complaint, default pleadings, obtaining service, and time that I estimate I will spend attempting to collect this judgment, at least ten hours will be expended. My customary rate, which based upon my eighteen years experience is reasonable for litigation in this court, is $200 per hour. Therefore, I request award of an attorneys fee of $2,000.00

_____
Gary D. Berkowitz

Subscribed and sworn to before me in Providence this __6__ day of September, 2005 under the pains and penalties of perjury.

Default, USDC Mass

# Baystate Constable Service, Inc.

138 Bedford Street
Burlington, MA 01803

2005 SEP 12 P 4: 16

*Tax ID# 04-3318288*

Tel 781- 270-7011    Email – vhcurran@ comcast.net    Fax 781- 270-4559

### INVOICE (And Return of Service)
#363

Date: 4/27/2005

GARY D. BERKOWITZ, ESQ.
COUNSELOR AT LAW
ONE JAMES STREET
PROVIDENCE, RI 02903

*************************************************************************

| | |
|---|---|
| Plaintiff | Kingvision Pay-Per-View, Ltd. |
| Defendant | Torri Canada and The Mens Bar, Inc. |
| Court: | United States District Court |
| Docket # | 05 – 10261 REK |
| Type of Service | Summons in a Civil Case |
| Upon: | Torri Canada |
| Date of Service: | 4/27/2005 – 11:10am |
| Service Description: | Left copy at last and usual place of abode - Taped to door and mailed copy, first class, to same address |
| Location of Service: | 41 Pierce Street, Hyde Park, MA 02137 |

| Service | 58.00 |
|---|---|
| Municipal Fee | |
| Witness Fee | |
| Total Due | 58.00 |

Payment due on receipt of this invoice.

*Thank You! We appreciate your business!*

# Baystate Constable Service, Inc.

138 Bedford Street
Burlington, MA 01803

*Tax ID# 04-3318288*

Tel 781- 270-7011     Email – vhcurran@ comcast.net     Fax 781-270-4559

## INVOICE (And Return of Service)
#362

Date: 4/27/2005

GARY D. BERKOWITZ, ESQ.
COUNSELOR AT LAW
ONE JAMES STREET
PROVIDENCE, RI 02903

**************************************************************************

| | |
|---|---|
| Plaintiff | Kingvision Pay-Per-View, Ltd. |
| Defendant | Torri Canada and The Mens Bar, Inc. |
| Court: | United States District Court |
| Docket # | 05 – 10261 REK |
| Type of Service | Summons in a Civil Case |
| Upon: | The Mens Bar, Inc. c/o Tori Canada |
| Date of Service: | 4/27/2005 – 11:15am |
| Service Description: | Left copy at last and usual place of abode with cleaning crew and mailed copy, first class, to same address |
| Location of Service: | M&M Tavern, 454 Blue Hill Avenue, Boston, MA |

| Service | 58.00 |
|---|---|
| Municipal Fee | |
| Witness Fee | |
| Total Due | 58.00 |

Payment due on receipt of this invoice.

*Thank You! We appreciate your business!*