UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Kingvision Pay-Per-View Corp.</u>        CIVIL ACTION
                Plaintiff
                                          NO.  <u>05-10261-REK</u>
        V.

<u>Torri Canada and The Men's Bar, Inc.</u>
                Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff,  <u>Kingvision Pay-Per-View Corp., Ltd.</u>

for an order of Default for failure of the Defendant,  <u>Torri Canada</u>

<u>                                </u>, to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this  <u>28th</u>  day of  <u>September</u> , 20 <u>05</u>     .

                                        SARAH THORNTON, CLERK

                                By:    <u>/s/ Karen Folan</u>
                                       Deputy Clerk

Notice mailed to:
Torri Canada
41 Pierce Street
Hyde Park, MA 02137

(default.not - 10/96)                                              [ntcdflt.]