UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kingvision Pay-Per-View Corp.
             Plaintiff

V.

Torri Canada and The Men's Bar, Inc.
             Defendant

CIVIL ACTION

NO.  05-10261-REK

NOTICE OF DEFAULT

Upon application of the Plaintiff,  Kingvision Pay-Per-View Corp., Ltd.  for an order of Default for failure of the Defendant,  The Men's Bar  , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  28th  day of  September , 20 05 .

SARAH THORNTON, CLERK

By:   /s/ Karen Folan
      Deputy Clerk

Notice mailed to:
M & M Tavern
454 Blue Hill Ave.
Boston, MA 02021

(default.not - 10/96)      [ntcdflt.]