UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY- PER-VIEW CORP., LTD., :
:
1. : Civil Action 05-10261 rek
:
TORRI CANADA and :
THE MEN'S BAR, INC. :

## DEFAULT JUDGMENT

Defendants The Men's Bar, Inc. and Torri Canada having failed to plead or otherwise defend in this action and their default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of $ _10,000_ n/a/ that defendant is not an infant or incompetent person or in the military service of the United States, ~~and that plaintiff has incurred costs in the sum of $_____~~ n/a/

It is hereby ORDERED, ADJUDGED and DECREED that plaintiff recover from Defendants The Men's Bar, Inc. and Torri Canada the principal amount of $ _10,000_ with costs in the amount of $366.00 and prejudgment interest at the rate of 4.47% from March 1, 2003 to September 28, 2005 in the amount of  for a total judgment of $_____ with interest as provided by law.

Dated: _6/20/06_

By the Court

_[signature]_
Deputy Clerk

NOTE:    The post judgment interest rate effective this date is 4.29%.